UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | CASE NO. 1:1-cv-02407 |
|---|---|---|
| STEVEN M. GEORGE, | : | |
| | : | OPINION & ORDER |
| Plaintiff, | : | [Resolving Doc. 1] |
| | : | |
| vs. | : | |
| | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY ADMINISTRATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On October 17, 2018, Plaintiff Steven George filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny his social security disability benefits and supplemental security income applications.[1] On December 31, 2019, Magistrate Judge David A. Ruiz recommended that the Court affirm the Commissioner's final decision.[2]

Magistrate Judge Ruiz ordered the parties to file objections, if any, within fourteen days.[3] Neither party objected.[4]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[5] Absent objection, a district court may adopt a Report and Recommendation without

---

[1] Doc. 1.
[2] Doc. 15.
[3] *Id.* at 20.
[4] *See* Docs. 16 (notice of non-objection), 17 (same).
[5] 28 U.S.C. § 636(b)(1).

Case No. 1:18-cv-02407
Gwin, J.

review.[6]

Here, no party has objected to the Report and Recommendation, so this Court may adopt the Report and Recommendation without further review. Moreover, having conducted its own review of the petition and record, the Court agrees with Magistrate Judge Ruiz's conclusions.

Accordingly, the Court **ADOPTS** Magistrate Judge Ruiz's Report and Recommendation, incorporating it fully herein by reference, **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: February 14, 2020           *s/    James S. Gwin*
                                    JAMES S. GWIN
                                    UNITED STATES DISTRICT JUDGE

---

[6] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).